IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| VIRGINIA THOMAS,<br><br>             Plaintiff,<br><br>   v.<br><br>FRED MEYER STORES, INC. a foreign corporation d/b/a QUALITY FOOD CENTERS, and JANE DOE EMPLOYEE" and "SPOUSE DOE", individually and/or the marital community composed thereof, if married;<br><br>             Defendants. | Civil Case No. 2:24-cv-01383-JHC<br><br>ORDER GRANTING STIPULATION RE: MOTION TO STRIKE AN UNTIMELY DISCLOSED WITNESS AND REQUEST FOR SANCTIONS |

The parties have reached an agreed stipulation. Dkt. # 25. The Court having considered the stipulation of the parties, being otherwise fully advised, and finding that the motion in the Stipulation should be granted; it is now ORDERED AS FOLLOWS:

1. Defendants' expert witness, Howard A. Lloyd, Psy. D., is STRICKEN as a witness.

2. The Court DIRECTS the Clerk to STRIKE Plaintiff's pending motions at Dkt. ## 19 and 22 are STRICKEN.

3. No sanctions will be awarded by the Court.

/

/

ORDER GRANTING STIPULATION RE: MOTION TO STRIKE AN UNTIMELY DISCLOSED WITNESS AND REQUEST FOR SANCTIONS
PAGE - 1

DONE this 26th day of August, 2025.

_John H. Chun_
John H. Chun
United States District Judge